FILED
AUG 09 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:23-cr-00443
Judge Virginia M. Kendall
Magistrate Judge Sunil R. Harjani

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Aug 9, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCUS MCKAY | Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about December 14, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

MARCUS MCKAY,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Bryco Arms Jennings Nine 9mm semi-automatic pistol, bearing serial number 1546121, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL OCTOBER 2022 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to,

    a. A Bryco Arms Jennings Nine 9mm semi-automatic pistol, bearing serial number 1546121 and associated ammunition;

    b. A privately made firearm bearing no serial number seized by law enforcement on or about December 14, 2022, and associated ammunition; and

    c. A loaded drum magazine and associated ammunition seized by law enforcement on or about December 14, 2022.

A TRUE BILL:

_____
FOREPERSON

_____
signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY